January 15, 2005

Lydia Pelegrin, Court Clerk
United States Courthouse Building
Room 150
150 Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767

Re: Luis M. Pena-Lora
    Case No. 97-190-05(SEC)

Dear Ms. Pelegrin:

I am interested in obtaining some information about my case in the above matter. I have previously contacted the Appellate Court Clerk in Boston, and their office was very cooperative in forwarding to me a complete copy of the opinion of the First Circuit Court of Appeals in my appeal, under case number 99-1024, in their court. I am interested in getting a copy of the Brief-in-Chief that was filed on my behalf in the appellate process, and I was advised that all of the records had now been transferred back to your office. I would be most happy to pay for the expense of making a copy of my brief, if you still have my files and other records at your disposal. I am enclosing a stamped, self-addressed envelope for your convenience in replying to my request. I would also eventually like to obtain possession of some more materials from my file, if they are still available, and I would appreciate your acknowledgement of whether or not my trial transcripts are still maintained in your storage system.

Your assistance in these matters will be greatly appreciated.

Sincerely,

*Luis Manuel Pena-Lora*

Luis Manuel Pena-Lora
Register No. 16057-069
Federal Medical Center
P.O. Box 15330 Dallas Unit
Fort Worth, TX 76119