UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

        v.                    **Criminal No. 97-190(SEC)**

LUIS MANUEL PEÑA-LORA
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 350** **Defendant's Pro Se Motion Requesting Copy of Documents** | **REFERRED.** On January 24, 2005 Defendant Peña-Lora filed a *pro se* motion requesting copies of certain documents **(Docket # 350)**. The Court hereby **REFERS** said motion to the Filing Section of the Clerk's Office for proper billing. |

DATE:   January 26, 2005

                                                      S/ *Salvador E. Casellas*
                                                      SALVADOR E. CASELLAS
                                                      United States District Judge