UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS M. PENA-LORA, et al.

    Defendants.

Case No. 97-190-5(SEC)

## MOTION TO APPOINT COUNSEL

COMES NOW the Defendant herein, Luis M. Pena-Loran and moves the Court to appoint counsel to represent him in the above matter, and insupport thereof, would show the Court as follows:

1. That the said Defendant is currently incarcerated at the Federal Medical Center located at Fort Worth, Texas.

2. That the Defendant is very limited in his abilities to write and speak the English language, and has to depend on fellow inmates to aid and assist him in the monitoring of his legal matters.

3. That he has been made aware, by and through his converations with other inmates, that recent decisions of the United States Supreme Court may be of extreme value to him in seeking relief from his incarceration in captioned case.

4. That an eseential element of proceeding with post-conviction remedies is the locating of his court documents for review by trained persons, who are capable of pursing his remedies herein.

5. That the said Defendant has tried on many occaeions, to contact his appointed counsel in this matter.

6. That the Defendant herein has attached hereto as exhibits, copies of the various requests to his attorney, all of which have been totally ignored.

7. That the Defendant has no funds with which to hire private counsel to pursue this matter for him, and does not have any outside contacts who can pursue the avenues necessary to obtain his needed documents.

8. That the only remaining remedy available to the Defendant is to seek the appointment of competent counsel to aid and assist him in the gathering of his necessary documents, and for their aid and assistance in evaluating his legal claims in this matter.

9. That the Defendant would assure the Court that his interests in pursuing his remedies herein are not frivolous, but are made with the best of serious intentions, and for the purpose of obtaining justice in this matter.

WHEREFORE, having fully prayed, the Defendant respectfully prays the Court to grant the relief as requested herein, to appoint counsel for the purpose of aiding and assisting him in pursuing his post-conviction remedies herein, and for all other proper relief.

Respectfully submitted,

*Luis M. Pena-Lora*
Luis Manuel Pena-Lora
Federal Medical Center
Reg. No. 16057-069
P.O.Box 15330 Dallas Unit
Fort Worth, TX

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above and foregoing Motion was mailed to all parties of interest herein by prepaid, first-class postage on this ___7___ day of August, 2005.

_____
Luis Manuel Pena-Lora