LUIS MANUEL PENA-LORA
Reg. No. 16057-069
FCI Miami - Unit A
P. O. Box 779800
Miami, Fl 33177

April 18, 2000

Graham Castillo
Attorney at Law
Suite 1006
Home Mortgage Plaza
268 Ponce De Leon Avenue
Hato Rey, Puerto Rico   00918

Re: U. S. v. Pena-Lora; Case No. 97-00190-CR-SEC

Dear Mr. Castillo,

    I wrote to you on October 25, 1999 and I have not had an answer from you or your office.

    I still need for you to send me the trial transcripts, sentencing transcripts, the discovery information and anything else that is in the case file.

    I have not received from you your brief or the governments brief.

    I do not feel comfortable with your way of handling my case. You are apparently unconcerned with proper representation of issues that need to be addressed.

    I do not wish to have to file a complaint against you, but, I will if you do not answer this letter.

    I appreciate your time and consideration,

                                          Sincerely,

                                          Luis Manuel Pena-Lora


LMPL/file

April 18, 2005

U.S. District Court
Room 150-Federal Building
Hato Rey, PR 00918-1767

Attn: Michael McDougall

Re: Luis Manuel Pena-Lora
    Case No. 97-190

Dear Sir:

I appreciate all of your efforts to help me my various matters in my attempts to seek post-conviction relief. I need to bother you with one additional matter. I am unable to locate my appellate attorney, and I am also unable to locate an address for the Puerto Rican Bar Association, through which I might be able to obtain his current address. I have had my friens attempt to locate through the internet, but they have been unsuccessful in doing so. His name is Graham A. Castillo, and I am sure that he is still practicing in the area. If you could obtain his address and furnish it to me, I would appreciate it very much. If you cannot find a listing for him, could you please send me the address for the bar association in order that I might attempt to locate him through their office?

Thanks again for your kind help. Your efforts in this matter will be very much appreciated.

Sincerely,

Luis Manuel Pena-Lora
Federal Medical Center
Reg. No. 16057-069
P.O. Box 15330 Dallas Unit
Fort Worth, TX 76119

May 10, 2005

Graham A. Castillo
Attorney at Law
P.O. Box 34462
Fort Buchanan, PR   00934


Re: Post-Conviction Remedies

Dear Mr. Castillo:

   I am interested in pursuing any post-conviction remedies that I might have, in light of the recent rulings under the Booker and Blakely cases. I have contacted the court clerks in the district court level, and also at the appellate court level. They were both very courteous in replying to me, but all they were able to provide was a copy of your appellate brief. As I understand their situation, most of their records from this far back have been disposed of.

   I would appreciate any help you could give me in providing records of my case. I realize that many years have passed by, but if you would happen to possibly have my file in your stored records, I would certainly appreciate your assistance. The biggest help of all, of course, would be to obtain our copy of the trial transcript. However, any other materials would also be appreciated, such as the indictment, motions, sentenceing memorandums, etc.

   If you will be so kind as to let me know what records you still have, if any, I will appreciate it very much. I will be happy to pay the postage on any heavy mailing.

                                        Sincerely,

                                        Luis Manuel Pena-Lopa
                                        Federal Medical Center
                                        Reg. No. 16057-069
                                        P.O. Box 15330 Dallas Unit
                                        Fort Worth, TX 76119