February 12, 2006

U.S. District Court
Office of the Clerk
Federico Degetau Federal Bldg. Rm. 150
Carlos Chardon Ave.
Hato Rey, Puerto Rico 00918-1767

Re: Luis M. Pena-Lora
    Case No. 97-190-5(SEC)

Dear Sir:

    On August 8, 2005, I mailed in a Motion to Appoint Counsel in my case as shown above. Could you please lete me know what action, if any, has been taken on this matter? As you can see, it has been over 6 months, and I seriously need some help with my post-conviction proceedings, based on the recent changes in the law.

    Your cooperation in this matter will be appreciated very much.

Sincerely,

Luis Manuel Pena-Lora
Federal Medical Center
Reg. No. 16057-069
P.O. Box 15330 Dallas Unit
Fort Worth, TX 76119

RECEIVED AND FILED
2006 FEB 21 PM 2:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.